Opinion issued April 4, 2023



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-23-00180-CR

### NO. 01-23-00182-CR

### NO. 01-23-00183-CR

### NO. 01-23-00184-CR

———————————

## IN RE ROBERT NOBLE SHELL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Robert Nobel Shell, incarcerated and acting pro se, has filed a petition for writ of mandamus requesting that our Court direct the Harris County Jail and the Harris County District Clerk to "electronically deliver over one dozen motions in

compliance with the statewide mandate for electronic filing."[1] We deny the petition.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Robert Nobel Shell*, cause numbers 1692043, 1692044, 1738739, and 1776723, pending in the 339th District Court of Harris County, Texas, the Honorable Te'iva J. Bell presiding.